Send-O

FILED
CLERK, U.S. DISTRICT COURT

MAY - 7 2012

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>*Ashley Anne Giles*<br>    Defendant. | Case No.: ED12-00172m<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Southern__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- violation petition
- pretrial services report
- defendant's nonobjection

1

1     and/or

2 B. (X)   The defendant has not met his/her burden of establishing by clear and
3     convincing evidence that he/she is not likely to pose a danger to the
4     safety of any other person or the community if released under 18 U.S.C.
5     § 3142(b) or (c). This finding is based on the following:

- violation petition
- pretrial services report
- defendant's non objection

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: May 7, 2012

HONORABLE SHERI PYM
United States Magistrate Judge

2